**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ranicka Stone
        Plaintiff,

v.               Case No.: 1:06−cv−05001
                Honorable Wayne R. Andersen

Tyrone Johnson, et al.
        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 12, 2007:

  MINUTE entry before Judge Sidney I. Schenkier : The parties report that the case has settled. Therefore, plaintiff's motion to expedite [66] is stricken as moot, and the referral is terminated. Telephone notice(mmm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.