## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Ranicka Stone, | |
| Plaintiff, | |
| v. | Case No. 06 C 5001 |
| Tyronne Johnson, Mayor Kellog, Officer Keel, Officer Gentry, and the City of Harvey | Judge Wayne R. Andersen |
| Defendants. | Magistrate Judge Sidney I. Schenkier |

### STIPULATION TO DISMISS

It is stipulated between the parties, by their respective undersigned counsel, that this action having been resolved between the parties, is dismissed with prejudice and without costs.

Dated: August 31, 2007

City of Harvey

By: _____
/s/ Tiffany M. Ferguson (with consent)

*Attorney for Defendants*
Pugh, Jones, Johnson and Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601-2807
Telephone: (312) 768-7800
Facsimile: (312) 768-7801
ARDC No. 6237051
tferguson@pjjq.com

Ranicka Stone

By: _____
/s/ Blake W. Horwitz

*Attorney for Plaintiff*
Law Office of Blake Horwitz
155 North Michigan Avenue, Suite 723
Chicago, Illinois 60601
Telephone: (312) 616-4433
Facsimile: (312) 565-7173
lobh@att.net